FILED DATE: 8/6/2025 10:04 PM 20253006799

FILED
8/6/2025 10:04 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20253006799
Courtroom, 0205
33908118

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

**20253006799**

JASON BARONE,
  Plaintiff,

v.

CBD KRATOM (MNG, LLC),
SUPER SPECIOSA ,
BULK KRATOM NOW,
  Defendants.

COMPLAINT AT LAW FOR PRODUCT LIABILITY, NEGLIGENCE, BREACH OF WARRANTY,
AND DAMAGES RESULTING FROM KRATOM-RELATED INJURY

Plaintiff, Jason Barone, respectfully submits this Complaint against Defendants CBD Kratom
/ MNG, Super Speciosa, and Bulk Kratom Now, and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to the laws of the State of Illinois because the events
giving rise to this action occurred in Cook County, Illinois.
2. Venue is proper in this Court pursuant to 735 ILCS 5/2-101 as Plaintiff resides in
Arlington Heights, Illinois and the transactions, injuries, and harms alleged herein occurred
within Cook County.

## II. PARTIES

3. Plaintiff Jason Barone is an individual residing in Arlington Heights, Illinois.
4. Defendant CBD Kratom, operating under MNG Holdings (Mr. Nice Guy), is a business
entity regularly transacting within Cook County, with retail locations and an online
presence.
5. Defendant Super Speciosa is a kratom product manufacturer and online retailer that
marketed and distributed kratom to Illinois residents.
6. Defendant Bulk Kratom Now is an online kratom vendor that shipped products directly to

FILED DATE: 8/6/2025 10:04 PM    20253006799

Plaintiff's home in Illinois.

## III. FACTUAL BACKGROUND

7. Plaintiff began purchasing and consuming kratom products from Defendants as early as 2017, seeking relief from anxiety, sleep disturbances, and emotional distress during and following his divorce.

8. Defendants marketed kratom products as beneficial for stress relief, tranquility, and euphoria without providing adequate addiction warnings or labeling.

9. Plaintiff received direct product guidance from a CBD Kratom representative in 2017 recommending euphoric red vein kratom and CBD for anxiety without mention of addictive potential.

10. Over the span of 7 years, Plaintiff developed a physical dependency on kratom, experiencing severe withdrawal symptoms including: heart palpitations, constipation, mood instability, dehydration, migraines, insomnia, social anxiety, suppressed appetite, and depression.

11. Plaintiff suffered a major medical crisis in early 2025 involving a 4-week period without bowel movements due to kratom-induced constipation, which required emergency treatment using enemas purchased via Amazon.

12. In an attempt to quit kratom, Plaintiff suffered severe withdrawals that compounded physical illness, rendering him unable to travel or function without daily consumption.

13. Defendants failed to include appropriate addiction warnings or side effect disclosures on earlier kratom packaging, as evidenced by photos and product samples from Plaintiff's purchases.

14. Defendants later modified packaging to include disclaimers, indirectly acknowledging product risks not previously disclosed.

15. Plaintiff made formal requests for support and resolution with Defendants in July 2025, providing detailed accounts, product images, and receipts; no Defendant responded in good faith or within the deadlines provided.

## IV. CAUSES OF ACTION

Count I – Product Liability

16. Defendants' kratom products were unreasonably dangerous due to lack of addiction warnings and harmful side effects.

17. Plaintiff was injured as a direct and proximate result.

Count II – Negligence

18. Defendants breached their duty to provide safe and properly labeled products and failed to act on Plaintiff's complaints in good faith.

Count III – Breach of Warranty

FILED DATE: 8/6/2025 10:04 PM   20253006799

19. Defendants impliedly warranted their products to be safe and beneficial, which they were not.

Count IV – Emotional and Physical Distress
20. Plaintiff suffered ongoing emotional distress, medical disruption, and social limitations as a result of kratom dependency.

## V. DAMAGES

21. Plaintiff seeks compensation in the amount of $325,000 from each Defendant for product-related harm, totaling $975,000.
22. Plaintiff also seeks punitive damages for willful disregard, gross negligence, and failure to act on consumer harm reports.
23. Plaintiff reserves the right to amend this Complaint as further evidence and testimony becomes available.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment in his favor and against Defendants as follows:
a. Award actual damages in an amount of $975,000;
b. Award punitive damages in accordance with Illinois law;
c. Award reasonable court costs and any further relief this Court deems just and proper.

## LEGAL PRECEDENT

Recent U.S. court decisions support Plaintiffs claims and demonstrate growing judicial recognition of kratom-related harm and manufacturer liability. Relevant precedent includes:

- Talavera v. Grow LLC (California, 2023): Jury awarded $11.6 million in damages to family of deceased man who died from kratom-related causes due to failure to warn.

- Washington State Jury Verdict (2024): Plaintiff awarded $2.5 million in personal injury claim from kratom withdrawal and dependency.

- MIT45 Class Action (ongoing): Involves deceptive marketing, failure to disclose addiction risk, and misleading lab testing claims.

FILED DATE: 8/6/2025 10:04 PM    20253006799

These cases reflect a national trend toward accountability for kratom distributors who market addictive substances without proper safeguards.

## PLAINTIFFS GOOD FAITH EFFORTS TO RESOLVE DISPUTE PRE-LITIGATION

Prior to filing this action, Plaintiff made multiple good faith attempts to resolve the matter directly with each Defendant. Plaintiff sent formal emails outlining the nature of the harm suffered, supported by evidence, and offered each Defendant an opportunity to settle the dispute outside of court. A clear deadline was provided, along with a follow-up warning that failure to respond would result in immediate legal action.

Despite these efforts, none of the Defendants replied with any meaningful response or attempted to resolve the matter in good faith. The complete absence of engagement left Plaintiff with no reasonable alternative but to pursue legal action through the courts.

Respectfully submitted,

Jason Barone

Signature: _____

Date: _____08/07/2025_____

FILED DATE: 8/6/2025 10:04 PM    20253006799

### INDEX OF EXHIBITS (with Descriptions)

- Exhibit A – MNG Wholesale Invoice
  Proof of business transaction between Plaintiff and CBD Kratom (MNG, LLC), demonstrating an early commercial relationship and product distribution.
- Exhibit B-B2 – Korthal's Collection No. 131 Packaging
  Product packaging from CBD Kratom with no addiction warning; supports claim of failure to warn at time of use.
- Exhibit C – 2017 CBD Kratom Email Recommendation for Anxiety, Sleep, and Euphoria
  Early email correspondence showing CBD Kratom's recommendation of red strain kratom without disclosing addiction risks.
- Exhibit D – Super Feels Relax (Chill Vibes) Receipt
  Purchase record for Super Speciosa kratom concentrate that caused severe physical harm including extreme constipation and withdrawal.
- Exhibit E – Email from Noah Toney (Super Speciosa)
   admitting "Super Feels Chill Vibes" is an undisclosed kratom/kava extract with no specific vein color or strain, showing lack of transparency on product contents and health risks.
- Exhibit F – Super Speciosa Lobbying Email
  Company-sponsored email promoting lobbying efforts to keep kratom legal; demonstrates financial interest over consumer safety.
- Exhibit G – Fleet Enema Amazon Receipt
  Proof of medical self-treatment required due to kratom-induced constipation; supports physical injury claims.
- Exhibit H – Zocdoc Appointment Screenshot
  Scheduled doctor visit due to kratom-related health crisis; canceled due to temporary relief from enema use, not recovery.

FILED DATE: 8/6/2025 10:04 PM    20253006799

- Exhibit I-I2 – Bulk Kratom Now Unlabeled Kratom Packaging
  Product packaging lacking any identifying information or health warnings; supports
  Plaintiff's claim of misbranding and negligence.

- Exhibit J – Bulk Kratom Now with new disclaimer on packaging
- Exhibit K-K2 – Super Speciosa Lab Test Screenshot
  Incomplete or misleading lab testing information presented by Super Speciosa; no
  warnings about addiction or potential harms.
- Exhibit L-L11 – CBD Kratom Pre-Filing Complaint Email Sequence
  Plaintiff's full outreach to CBD Kratom requesting resolution, including responses and
  ignored follow-up; supports claims of bad faith.
- Exhibit M-M6 – Super Speciosa Pre-Filing Emails
  Two documented attempts by Plaintiff to contact Super Speciosa with no reply;
  demonstrates failure to engage in good faith resolution.

- Exhibit N-N7 - Bulk Kratom Now Pre-Filing Email Complaint and follow-up emails,
  repeatedly providing a valid phone number, which defendant ignored

11:31

# Exhibit A



# Invoice

# INV-004491

**Balance Due**
**$0.00**

**beeZbeeCBD**

**MNG Wholesale**
St. Louis, MO
(314) 421-9511

| | | | |
|---|---|---|---|
| Ship To | Invoice Date : | | 02/03/21 |
| **Komorebi Kratom** | Terms : | | Due on Receipt |
| 30 Wildflower Ln.  Apt # 3938 | Due Date : | | 02/03/21 |
| Schaumburg | Tracking # : | | 772808133381 |
| 60173 Illinois | | | |
| U.S.A | | | |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Kratom sample 10 pc capsules and 10 gr powder. One of each. No charge. WHITE SUMATRA, YELLOW MAENG DA, GREEN MALAY, CHOCOLATE BORNEO, RED INDO. | 10 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub Total | | 0.00 |
| **Total** | | **$0.00** |
| **Balance Due** | | **$0.00** |

Notes
Looking forward for your business. To finalize your order, please email, call, or text us your approval at (314) 421-9511.

Email us at wholesale@mngcity.com.

FILED DATE: 8/6/2025 10:04 PM   20253006799

FILED DATE: 8/6/2025 10:04 PM 20253006799





FILED DATE: 8/6/2025 10:04 PM    20253006799



# Exhibit C

**me** Oct 23, 2017
to CBD

Thank you much! What is the best kratom or supplement in store you offer for anxiety - Sleep aid – euphoria? It can be multiple products.

**CBD Kratom** Oct 23, 2017
to me

I would say both CBD and Kratom would be of interest to you. CBD generally helps people with anxiety and sleep trouble, while Kratom is more of the euphoric supplement you might be looking for. Sometimes Kratom does help individuals with sleep. You will probably want to try a red strain Kratom since they tend to be the most euphoric and possibly a CBD vape cartridge or oil since that generally helps those with anxiety best.

I hope this helps.

Best.

Dafna

Awesome, thank you so much!    Thank you!

↩ Reply    ↪ Forward



FILED DATE: 8/6/2025 10:04 PM    20253006799

FILED DATE: 8/6/2025 10:04 PM    20253006799



FILED DATE: 8/6/2025 10:04 PM    20253006799



# Exhibit F

10:22

### Kratom at Risk in IL, NC, and CT – Take Action Now  Inbox

**Super Speciosa**  Jun 24
to me

Unsubscribe

Dear Super Speciosa Community,

Lawmakers in **Illinois, North Carolina, and Connecticut** are **rushing to pass new kratom restrictions**. If you live in one of these states, **your voice is urgently needed**.

**Illinois**
Multiple cities are considering **local bans**. Here's how you can help:

- **Take action:** ProtectKratom.org/illinois
- **DeKalb:** Email your story to ruth.scott@cityofdekalb.com
- **Oak Lawn:** Attend the hearing
  - Tuesday, June 24 at 7:30 PM
  - Village Hall Auditorium, 9446 S. Raymond Ave #2025-11
  - Contact info: oaklawn-il.gov

**North Carolina**
Kratom ban language was **quietly added to a hemp bill**.

- **Tell your legislators to remove it:**
  ProtectKratom.org/northcarolina

↩ Reply          ↗ Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



# Exhibit G

FILED DATE: 8/6/2025 10:04 PM   20253006799



# Exhibit H

## Past Appointments



Canceled

**Dr. Iulia A. O'Neill MD**

Constipation

Fri, Mar 14 10:00 am

FILED DATE: 8/6/2025 10:04 PM    20253006799





FILED DATE: 8/6/2025 10:04 PM    20253006799



FILED DATE: 8/6/2025 10:04 PM    20253006799



12:40

superspeciosa.com

**20% OFF SHOTS** 💧 **USE CODE SHOTSDEAL**

Super SPECIOSA RAW LEAF

# Exhibit K

**ARL**
Analytical Resource Laboratories

## Certificate of Analysis

**Client Information**
Super Organics
1314 E Las Olas Blvd #14
Ft. Lauderdale, FL
33301 USA
754.800.5219

**Sample Information**
ARL ID: 593504
Date Received: 12/23/2020
Description: Kratom Powder  Kratom Powder
Lot#: 0001000

| Analysis | Method | MDL | Specification | Results | UOM | Lab ID |
|---|---|---|---|---|---|---|
| Kratom 2A Profile | | | | | | 1 |
| Complete Micro Profile | USP, AOAC | | | | | 1 |
| Total Plate Count (High Count) | USP <2021> | 100 | < 10 Million | 74,000 | cfu/s/g | 1 |
| Coliforms | AOAC 991.14 | 100 | < 10,000 | 300 | cfu/s/g | 1 |
| E. coli | USP <2022> | Absent | Absent | Absent | cfu/s/10g | 1 |
| Staphylococcus aureus | USP <2022> | Absent | Absent | Absent | cfu/s/10g | 1 |
| Salmonella | USP <2022> | Absent | Absent | Absent | cfu/s/10g | 1 |
| Yeast (High Count) | USP <2021> | 100 | < 100,000 | None Detected | cfu/s/g | 1 |
| Mold (High Count) | USP <2021> | 100 | < 100,000 | 12,000 | cfu/s/g | 1 |
| Heavy Metals | ARL ICPMS | | | | | 1 |
| Arsenic (As) | ARL ICPMS | 0.001 | < 2 | 0.159 | ppm | 1 |
| Cadmium (Cd) | ARL ICPMS | 0.001 | < 0.85 | 0.032 | ppm | 1 |
| Mercury (Hg) | ARL ICPMS | 0.001 | < 0.41 | 0.024 | ppm | 1 |
| Lead (Pb) | ARL ICPMS | 0.001 | < 1.2 | 0.424 | ppm | 1 |
| Mitragynine Package | HPLC 2.046 | | | | | 1 |
| Mitragynine | HPLC 2.046 | 0.1 | 0.25-2.00 | 1.34 | % | 1 |
| 7-Hydroxy-Mitragynine | HPLC 2.046 | 0.04 | 0.000-0.100 | <0.040 | % | 1 |

Form# arlcoa031201a
Printed on:  Jan 5, 2021    1:03 PM

experience · professionalism · value

Released by:  Kara Woodbury
Jan 5, 2021
Page 1

* ARL is an ISO/IEC 17025:2017 Accredited Laboratory. Uncertainty data for ISO-scoped methods is available upon request. Certificate and Supplement also available upon request.

This Certificate of Analysis represents data only for the sample provided and does not constitute a guarantee

💬 Chat

78

FILED DATE: 8/6/2025 10:04 PM    20253006799



Engineered by nature, from the jungles of Southeast Asia.

Just the leaf. All plant, no fillers or synthetics.

Lab tested for contaminants, adulterants and heavy metals.

GMP QUALIFIED VENDOR

SUGGESTED USE
One teaspoon (2.4 grams) mixed in 8 ounces of water or juice.
Try brewing a tea! For instructions visit www.superspeciosa.com/kratom/tea or scan here:
Not to exceed two servings per 24 hours.

WARNING
This product is not intended to diagnose, treat, cure, or prevent any disease or condition. Not for use by minors. Do not use if pregnant or nursing. Consult with doctor before use and for possible interaction with drugs. Do not use while operating motor vehicles or heavy machinery.

**Supplement Facts**
Serving Size: 1 teaspoon (2.4 grams)
Servings per Container: 208

Amount per Serving                    2400mg
Mitragyna Speciosa, powdered (Leaf)

*Daily value not established.

Other ingredients: None

Scan to see lab results for this batch

Premium Bali
Mitragynine: 1.20%
7-OH: <0.040%
Batch: 0000995
Use By: 122022

Scan QR Code for Lab Results

Packaged in the U.S.A.

7  90548 33814  7

DISTRIBUTED BY
Super Organics
38 S Federal hwy #10-308
Dania Beach, FL 33004
ProductsBySuperSpeciosa.com

500g

RAW BOTANI

MITRAGYNA SPECIOSA LEAF

Exhibit K2

FILED DATE: 8/6/2025 10:04 PM    20253006799



# Exhibit L

**Final Demand for Compensation – Kratom Harm & Negligent Omission (Jason Barone)** Inbox

Summarize this email

me  Jul 9
to customerservice

Dear CBD Kratom Team,

I am contacting you regarding kratom products purchased from your company since 2017. As evidenced by my preserved receipts, I consistently used your products over several years without ever receiving any warning about kratom's addictive potential, physical dependency, or severe withdrawal symptoms.

I have reviewed your current Terms & Conditions and observed:

- Your generic FDA disclaimers (which only reference disease claims), yet no specific addiction or health risk warnings—despite FDA and DEA public advisories.

- No arbitration clause or forced dispute

[Reply]  [Forward]

---

8:15

resolution clause in your terms, indicating you're not legally prepared to avoid responsibility. ()

This demonstrates both a deliberate failure to inform consumers of known health risks and an unwillingness to legally limit exposure—both of which bolster the negligence and fraud aspects of my claim.

As a result of using your products, I developed a dependency on kratom, endured prolonged withdrawal symptoms, missed professional opportunities, and suffered emotional and financial harm.

I am seeking $250,000 in compensation, and expect a written resolution by July 29, 2025. Absent that, I will initiate legal action, using receipts, packaging, personal testimony, and documented harm as key evidence.

Sincerely,

Jason Barone

Jbarone1988@gmail.com

[Reply]  [Forward]

**Exhibit L2**



FILED DATE: 8/6/2025 10:04 PM    20253006799



FILED DATE: 8/6/2025 10:04 PM   2025300679

FILED DATE: 8/6/2025 10:04 PM    20253006799



8:16

# Exhibit L5

**Shop CBD Kratom**  Jul 29

to me

Hello Jay,

Thank you for your patience!

We have received your complaint, and have forwarded this request to the responsible parties within. Please provide us with any and all **receipts**, packaging, personal testimony and documented harm, as noted as your key evidence to support this claim. We will take any and all evidence you can provide into consideration while reviewing your claim.

Thank you for your time.

Kind regards,

**Rachel Schwartz**
**CBD Kratom & Mr. Nice Guy**
E-Commerce & Customer Experience Specialist
[shopcbdkratom.com](http://shopcbdkratom.com)
(312) 342-1258
M-F, 9 a.m.-5 p.m. (CST)

CBD KRATOM

*Confidentiality Notice: The content of this email, and its attachments, is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake*

← Reply    → Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



**8:16**

me   Jul 29
to Shop

Hi Rachel,

*Exhibit L6*

Thank you for your follow-up.

As requested, I have attached a complete evidence packet supporting my harm claim against CBD Kratom. This packet contains:

1. Front and back photos of original CBD Kratom packaging, which markets kratom as "best for tranquility, stress, and sleep" while failing to warn of its known addictive properties or withdrawal risks.

2. October 23, 2017 email exchange with your staff recommending red strain kratom and CBD for anxiety, sleep, and euphoria — with no mention of addiction or dependency.

3. 2017 purchase receipts showing my earliest documented transactions with CBD Kratom.

4. A summary of damages detailing the severe addiction, withdrawals, physical and emotional harm, and financial loss I have endured.

↩ Reply          ↗ Forward

FILED DATE: 8/6/2025 10:04 PM   20253006799

8:17

The packaging disclaimer itself, which is quoted in the attached packet, makes no reference to kratom's addictive potential, despite marketing it for stress and sleep relief. This failure to warn has had devastating consequences for me over the last seven years.

**Next Steps**

*Exhibit L7*

As stated in my July 29th notice, I am allowing 5 business days (until August 5, 2025) for CBD Kratom to provide a meaningful settlement proposal.

If I do not receive a response by this date, I will proceed with filing a formal lawsuit in the Circuit Court naming CBD Kratom as a defendant. At that time, I will pursue full compensatory and punitive damages for the harm caused.

I look forward to your timely response.

Sincerely,

Jason Barone

847-219-2714

Reply   Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



8:17

*Exhibit L8*

**Attachments:**

- Jason_Barone_Final_Evidence_Packet_CBDKratom.pdf (summary of damages and evidence list)

- Front & back photos of CBD Kratom packaging

- October 23, 2017 email exchange (Jason ↔ Dafna)

- 2017 purchase receipts

**Shop CBD Kratom**  Jul 30
Thank you, Jay, for providing this information....

**me**  Jul 30
to Shop

Hi Rachel,

↩ Reply        ↪ Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



**8:17**

**Shop CBD Kratom** Jul 30
to me

Thank you, Jay, for providing this information. Would you please send us any and all receipts you may have from your purchases with us beyond 2017; or if you may have used any other phone or email associated with your account with us?

*Exhibit L9*

**me** Jul 30
to Shop

Hi Rachel,

Thank you for your email. Please find attached:

1. Receipts I located from 2017–2018 orders that were delivered from your store.

I also know I maintained an account with your company, as I regularly received rewards and discounts for my purchases at your stores:

- CBD Kratom, 1483 W Palatine Rd, Hoffman Estates, IL 60192

- CBD Kratom Bucktown, 2048 N Damen Ave, Chicago, IL 60647

↩ Reply     → Forward     ☺

FILED DATE: 8/6/2025 10:04 PM    20253006799



8:17

me  Jul 30
to Shop ˅

*Exhibit L10*

Hi Rachel,

Thank you for your email. Please find attached:

1. Receipts I located from 2017–2018 orders that were delivered from your store.

I also know I maintained an account with your company, as I regularly received rewards and discounts for my purchases at your stores:

- CBD Kratom, 1483 W Palatine Rd, Hoffman Estates, IL 60192

- CBD Kratom Bucktown, 2048 N Damen Ave, Chicago, IL 60647

Many of my in-store purchases were paid in cash, but because I used my rewards account at checkout, your system will have a complete record of those transactions as well.

Given this, I request that your team run a full search of your internal records using the information below, which will confirm my complete purchase history:

← Reply     → Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



- Phone number: 847-219-2714

- Email addresses: jbarone1988@gmail.com and jbarone166@robertmorris.edu

- My rewards account history

- Purchases tied to the store locations above

Please confirm once your internal records have been fully reviewed and provide me with the complete purchase history tied to my account. I would appreciate this confirmation no later than Friday, August 1st, so that there are no unnecessary delays.

Lastly, please confirm receipt of this email and all attachments today.

Kind regards,

Jay Barone

*Exhibit L11*

FILED DATE: 8/6/2025 10:04 PM   20253006799



8:06

me  Jul 8
to ss ⌄

| From | Jay Barone   jbarone1988@gmail.com |
| To | ss@superspeciosa.com |
| Date | Jul 8, 2025 at 11:23 AM |

Dear Super Speciosa Legal Department,

My name is Jason Barone, and I am contacting you to formally demand compensation for the harm I suffered as a result of long-term use of your kratom product. I used Super Speciosa kratom consistently for approximately 5+ years, including verified purchases from your website in 2021.

At the time I began using your product, your site contained no clear or adequate warnings about kratom's addictive potential, nor about the withdrawal symptoms that would later severely impact my life. As a result, I became physically and psychologically addicted, experiencing:

• Withdrawal symptoms lasting months (constipation, insomnia, night sweats, depression, loss of motivation)

• Inability to travel for business, costing me career opportunities

↩ Reply      ↪ Forward      ☺

**Exhibit M**

FILED DATE: 8/6/2025 10:04 PM    20253006799



• Deterioration of mental health and eventual divorce related to my dependency

Your current marketing claims—such as "Feel better with the only kratom studied in clinical trials"—combined with statements about operating an FDA-registered facility, mislead consumers into believing your product is safe or medically legitimate, despite kratom being unapproved by the FDA and well-documented for its addictive potential.

I am seeking $250,000 in compensation to cover medical costs, emotional distress, lost income, and life-altering consequences directly linked to your product and your failure to warn. Please consider this a good faith attempt to resolve the matter without formal litigation.

If I do not receive a satisfactory response within 21 days, I will proceed with legal action to pursue all available remedies under state and federal law.

You may reply to this email or contact me directly at 847-219-2714 with any questions or settlement discussions.



FILED DATE: 8/6/2025 10:04 PM    20253006799



**Exhibit M3**

8:07

me  Jul 29
to info, ss ⌄

To: Super Speciosa – Legal Department

From: Jason Barone

Date: July 29, 2025

To Whom It May Concern,

This is my final opportunity extended to Super Speciosa to resolve my claim without litigation.

Over a 7-year period, your kratom products caused severe addiction, debilitating withdrawal, emotional distress, and significant life disruption, including job loss and deterioration of personal relationships. My ex-wife is prepared to testify to the early effects of dependency caused by your products.

Despite multiple attempts to report this harm, your company has failed to provide any meaningful resolution, instead relying on disclaimers that were not present on your packaging during the years I consumed your products.

↩ Reply    ↩ Reply all    ➤ Forward    ☺

FILED DATE: 8/6/2025 10:04 PM    20253006799



3:07

## Critical Evidence Against Super Speciosa

- Your marketing campaigns have promoted your products with claims such as:

  "Feel Better with the Only Kratom Studied in Clinical Trials."
  This gives consumers a false sense of safety and efficacy, while no warnings about addiction risks are provided.

- Your packaging and online disclaimers omit explicit addiction risk warnings, even though the DEA recognizes kratom as addictive.

- Your post-sale handling of harm reports has been grossly negligent, with no meaningful follow-up.

- Evidence exists questioning the reliability of your GMP certification and batch lab testing claims, undermining the transparency you market.

---

## Damages

Due to the harm caused, including physical health effects, emotional suffering, and gross negligence in both marketing and handling complaints, I am demanding:





FILED DATE: 8/6/2025 10:04 PM    20253006799

💰 $250,000 as an out-of-court settlement.

If unresolved, I will proceed with filing suit and seek $350,000–$500,000 in damages, including punitive damages for misleading marketing practices and failure to warn.

---

**Final Deadline**

You have 5 business days from receipt of this notice to respond with a meaningful settlement proposal.

Failure to respond will result in the immediate initiation of legal proceedings in Circuit Court, where I will pursue the full extent of remedies available.

---

I am open to resolving this without court involvement, but your continued silence or inadequate responses will leave me no choice but to move forward.

-Attached is a scanned QR-code Certificate of Analysis from your product packaging. While it emphasizes safety and testing, it provides no warning of kratom's addictive properties or

 Reply  Reply all  Forward 

FILED DATE: 8/6/2025 10:04 PM    20253006799



8:08

Exhibit M6

-Attached is a scanned QR-code Certificate of Analysis from your product packaging. While it emphasizes safety and testing, it provides no warning of kratom's addictive properties or withdrawal risks. This supports my claim of misleading marketing and failure to warn.

-Your own product packaging disclaimer (photo attached) fails to mention kratom's known risk of addiction, dependency, and severe withdrawal symptoms. This omission represents a clear failure to warn consumers about the primary harm associated with your product.

Sincerely,

Jason Barone

[847-219-2714]

[jbarone1988@gmail.com]

↩ Reply    ↩ Reply all    ➔ Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



**11:12**

Exhibit N

< ☐ ⋯

**me**  Jul 8    😊  ↩  ⋯
to help ⌄

Dear Bulk Kratom Now Legal Department,

My name is Jason Barone, and I am writing to formally demand compensation for the severe harm I experienced as a result of long-term use of your kratom product. I used kratom consistently for approximately 5+ years, including products sold by your company.

At the time of use, your product was marketed as a "natural" and "safe" supplement, with no clear warnings about the risk of addiction, physical dependency, or withdrawal. As a direct result of your company's failure to properly disclose these risks, I developed a serious kratom addiction that caused profound and lasting damage to my personal and professional life.

This addiction resulted in:

• Chronic withdrawal symptoms, including extreme constipation, insomnia, night sweats, depression, and loss of motivation

• Missed business travel, which affected my income and career development

 Reply     Forward    

FILED DATE: 8/6/2025 10:04 PM    20253006799



• Missed business travel, which affected my income and career development

• Escalating mental health struggles, which led me to seek other substances

• A divorce—a tragic consequence of my deteriorating condition while dependent on kratom

Your product's packaging and website at the time failed to provide any warnings regarding these risks. If such warnings had existed, I would not have continued using it. To this day, your site continues to promote kratom with vague disclaimers, while failing to acknowledge its well-documented risks—including the DEA's public statements regarding kratom's addictive potential.

I am seeking $250,000 in compensation for the damages I've suffered—including medical expenses, emotional distress, lost income, and long-term personal consequences.

Please consider this a formal demand and a good faith opportunity to resolve the matter without litigation. If I do not receive a satisfactory response within 21 days, I am prepared to pursue all available legal remedies under consumer protection and product liability laws.



FILED DATE: 8/6/2025 10:04 PM    20253006799

11:12

have continued using it. To this day, your site continues to promote kratom with vague disclaimers, while failing to acknowledge its well-documented risks—including the DEA's public statements regarding kratom's addictive potential.

I am seeking $250,000 in compensation for the damages I've suffered—including medical expenses, emotional distress, lost income, and long-term personal consequences.

Please consider this a formal demand and a good faith opportunity to resolve the matter without litigation. If I do not receive a satisfactory response within 21 days, I am prepared to pursue all available legal remedies under consumer protection and product liability laws.

You may respond to this email or reach me directly at 847-219-2714 to discuss resolution.

Sincerely,

Jason Barone

Jbarone1988@gmail.com

847-219-2714

*Exhibit N3*

Reply    Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



FILED DATE: 8/6/2025 10:04 PM   20253006799



**8:32**

# Exhibit N5

me  Jul 8
to Bulk

Hi Zane,

Thank you for your response. I'd like to clarify that the purpose of my email is to present a formal legal demand regarding the harm I experienced from your product, not to resolve a customer service issue.

For the record, my phone number is: 847-219-2714.

Please confirm this message has been forwarded to your legal or executive team, as it outlines a $250,000 demand for compensation related to product liability, failure to warn, and the life-altering consequences I suffered due to long-term use of your kratom product.

I expect a substantive response to the demand letter within the 21-day window I outlined.

Sincerely,

Jason Barone

...

Bulk Kratom Now  Jul 8

← Reply     → Forward

FILED DATE: 8/6/2025 10:04 PM    20253006799



FILED DATE: 8/6/2025 10:04 PM    20253006799



FILED DATE: 8/6/2025 10:04 PM   20253006799