**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jason Barone

Plaintiff,

v.

Case No.: 1:25−cv−11440
Honorable Franklin U. Valderrama

CBD Kratom (MNG 2005, Inc.), et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendant's motion to stay [Dkt. 82] expert discovery is GRANTED, in light of the parties' representations in the joint status report at Dkt. 81. In the interests of judicial economy, discovery in this matter is hereby stayed until the District Court rules on the three Defendants' pending motions to dismiss [Dkts. 55−65]. Additionally, the Court cautiously sets an off−the−record pre−settlement conference telephone call for 8/31/2026 at 9:30 a.m. (not to exceed 30 minutes). The parties should ensure they call in ONLY at their designated time and not earlier to ensure the pre−settlement call remains private (but not on the record). The counsel that appears for this pre−settlement telephone discussion must be counsel who will represent their respective clients at the conference. Counsel should review Judge Holleb Hotaling's Standing Order on Settlement Conferences prior to the call. The call in information is 855−244−8681, and the participant access code is 2315 0911 461#. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.